UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FATIMA A. ABREU-GOMEZ,<br><br>    Petitoner<br><br>    v.<br><br>AARON L. CABRERA, et al.<br><br>    Defendants. | Civ. No. 05-1508 (EGS) |

**ORDER**

Upon consideration of petitioner's Emergency Petition for Writ of Habeas Corpus and Emergency Motion for Preliminary Injunction, it is hereby

**ORDERED** that any removal proceedings shall be stayed for a brief period of time in order to afford this Court an opportunity to appoint an attorney for the plaintiff; and it is

**FURTHER ORDERED** that defendants shall forthwith provide the relevant Immigration and Customs Enforcement officials with a copy of this order; and it is

**FURTHER ORDERED** that a status hearing addressing these pending issues, including the Court's jurisdiction, is scheduled for **August 4, 2005, at 10:30 a.m. in Courtroom One**.

Signed: *Emmet G. Sullivan (by BDK)*

EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE
**August 1, 2005**

Faxed to:

Shari Berthroung, Esq.
Assistant United States Attorney
Special Proceedings Division
fax no: (202) 514-6948

Karen Grisez, Esq.
Fried, Frank, Harris, Shriver, & Jacobson LLP
fax no: (202) 639-7008