UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FATIMA A. ABREU-GOMEZ, : | |
|     Petitioner : | Civil Action No. 05-1508 (EGS) |
| : | |
| v. : | |
| : | |
| AARON L. CABRERA, et al, : | |
| : | |
|     Respondents. : | |

**NOTICE OF APPEARANCE**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Sherri L. Berthrong is counsel of record on behalf of the United States in the above-captioned case.

    Respectfully submitted,

    KENNETH L. WAINSTEIN
    United States Attorney
    D.C. Bar Number 451-058

    _____
    ROBERT D. OKUN
    Assistant United States Attorney
    Chief, Special Proceedings Section
    D.C. Bar Number 457-078

    _____
    SHERRI L. BERTHRONG
    Assistant United States Attorney
    D.C. Bar No. 249-136
    Sherri.Berthrong@usdoj.gov
    Special Proceedings Section
    555 4th Street, N.W., Room 10-450
    Washington, D.C. 20530
    (202) 514-6948

-2-

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the instant notice has been filed electronically with the Court and served by mail upon the petitioner, Fatima Abreu-Gomez, c/o Oriol De Armas, Apt. 214, 750 N.W. 43 Ave., Miami, Florida 33126 and upon Karen Grisez, Esquire, Fried, Frank, Harris, Shriver, & Jacobson, LLP, 1001 Pennsylvania Avenue, N.W., Suite 800, Washington, D.C. 20004 this 3rd day of August, 2005.

                                                       _____
                                                       Sherri L. Berthrong
                                                       ASSISTANT UNITED STATES ATTORNEY