UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

AUG - 5 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

FATIMA A. ABREU-GOMEZ, )
)
Petitoner )
)
v. )   Civ. No. 05-1508 (EGS)
)
AARON L. CABRERA, et al. )
)
Defendants. )

**ORDER**

For the reasons discussed in open court on August 3, 2005, it is hereby

**ORDERED** that the existing stay of removal proceedings shall be extended for a further short period of time in order to afford amicus counsel an opportunity to make contact with petitioner and to allow further research into the jurisdictional issues in this case. It is

**FURTHER ORDERED** that a status hearing is scheduled on August 11, 2005 at 4:30 p.m. in Courtroom 1.

_____          _____
8/4/05                            DATE
**EMMET G. SULLIVAN**
**UNITED STATES DISTRICT JUDGE**

1

Notice to:

Shari Berthroung, Esq.
Assistant United States Attorney
Special Proceedings Division
fax no: (202) 514-6948

Karen Grisez, Esq.
Fried, Frank, Harris, Shriver, & Jacobson LLP
fax no: (202) 639-7008

Matthew Archambeau, Esq.
c/o Oriol de Armas
750 N.W. 43rd Ave.
Apartment 214
Miami, FL 33216