```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
_____
                                   )
FATIMA A. ABREU-GOMEZ,             )
                                   )
            Petitoner              )
                                   )
      v.                           )   Civ. No. 05-1508 (EGS)
                                   )
AARON L. CABRERA, et al.           )
                                   )
            Defendants.            )
_____)
```

**ORDER**

For the reasons discussed in open court on August 11, 2005, it is hereby

**ORDERED** that, pursuant to Local Civil Rule 83.11, the firm Fried, Frank, Harris, Shriver & Jacobson is appointed to represent petitioner in this action; and it is

**FURTHER ORDERED** that petitioner's supplemental petition shall be filed by no later than **August 25, 2005**; defendants' motion to dismiss shall be filed by no later than **September 12, 2005**; petitioner's opposition by no later than **September 19, 2005**; and defendants' reply by no later than **September 26, 2005**; and it is

**FURTHER ORDERED** that a hearing on pending motions is scheduled for **October 3, 2005 at 10:30 a.m. in Courtroom 1**; and it is

1

**FURTHER ORDERED** that, over government's objection, the existing stay of removal proceedings shall remain in place until further order of the Court.

**Signed:**    **Emmet G. Sullivan**
**United States District Judge**
**August 11, 2005**