# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

August 11, 2005

Fatima ABREU-GOMEZ
                    Petitioner

                    vs.                              C.A. 05-1508
                                                         (EGS)

CABRERA, et al.
                    Defendant(s)

## APPEARANCE

To the Clerk of this court and all parties of record :

Please enter the appearance of Douglas W. Baruch and Karen T. Grisez of the law firm of Fried, Frank, Harris, Shriver & Jacobson LLP as pro bono counsel in this case for

Petitioner Fatima Abreu-Gomez.

August 11, 2005
*Date*

DC Bar 414354
*Bar Identification No.*

Signature

Douglas W. Baruch
*Print Name*

Fried Frank Harris Shriver & Jacobson LLP
1001 Pennsylvania Avenue, N.W., Suite 800
*Address*

Washington, D.C.      20004
*City          State      Zipcode*

(202) 639-7052
*Phone Number*

August 11, 2005
_____
Date

_____
Signature

DC Bar 435092
_____
Bar Identification No.

Karen T. Grisez
_____
Print Name

Fried Frank Harris Shriver & Jacobson LLP
1001 Pennsylvania Avenue, N.W., Suite 800
Address

Washington, D.C.    20004
_____
City        State        Zipcode

(202) 639-7043
_____
Phone Number

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Entry of Appearance as pro bono counsel was served by hand delivery in open court upon:

Sherri Berthrong, Esquire
Assistant U.S. Attorney
Judiciary Center
555 Fourth Street, N.W.
Washington, DC 20530

this 11th day of August, 2005.

Karen T. Grisez