# **EXHIBIT A**

U.S. Department of Justice
Immigration and Naturalization Service

## Record of Deportable/Inadmissible Alien

| Family Name (CAPS) | First | Middle | | Sex | Hair | Eyes | Cmplxn |
|---|---|---|---|---|---|---|---|
| ABREU GOMEZ, | Fatima Aliet | | | F | BRO | BRO | |

| Country of Citizenship | Passport Number and Country of Issue | File Number | Height | Weight | Occupation |
|---|---|---|---|---|---|
| CUBA | | Case No: BBM0564000050  A098 716 947 | 63 | 137 | |

U.S. Address: 8860 SW 43 ST. MIAMI, FLORIDA 33165

Scars and Marks: See Narrative

Date, Place, Time, and Manner of Last Entry: 04/25/2005, 1126, BBM

Passenger Boarded at:

F.B.I. Number:  ☐ Single  ☒ Divorced  ☐ Married  ☐ Widower  ☐ Separated

Number, Street, City, Province (State) and Country of Permanent Residence:
AVE. 13 #6617 ENTRE 66 Y 68
LA HABANA, OTHER - FOR COUNTRIES OTHER THAN US, CUBA

Method of Location/Apprehension: ISP

| Date of Birth | Date of Action | Location Code | AR/Near | Date/Hour |
|---|---|---|---|---|
| Age: 33 | 04/25/2005 | HLG/BBM | BBM | 04/25/2005 1126 |

City, Province (State) and Country of Birth: OTHER - FOR COUNTRIES OTHER THAN US, CUBA

AR: ☒    Form: (Type and No.)    Lifted: ☐    Not Lifted: ☐

By: VILMA JIMENEZ

Status at Entry: Non-Immigrant    Status When Found:

NIV Issuing Post and NIV Number:    Social Security Account Name:

Date Visa Issued:    Social Security Number:

Length of Time Illegally in U.S.: AT ENTRY

Immigration Record:    Criminal Record:

Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate):

Number and Nationality of Minor Children:

Father's Name, Nationality, and Address, if Known    Nationality: CUBA
ABREU, FRANCO, Same Address

Mother's Present and Maiden Names, Nationality, and Address, if Known
GOMEZ, LEO...

Monies Due/Property in U.S. Not in Immediate Possession:
Fingerprinted? Yes ☒ No ☐
INS Systems Checks: See Narrative
Charge Code Word(s): I7A1

Name and Address of (Last)/(Current) U.S. Employer:    Type of Employment:    Salary: Hr.    Employed from/to:

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

SECTION CODE WORD
212a7A1I

SCARS, MARKS AND TATTOOS
SCAR LEG, RIGHT, NONSPECIFIC

MOTHER'S NATIONALITY
CUBA

INS SYSTEMS CHECKS
Integrated Automated Fingerprint Identification System Negative
Treasury Enforcement Communications System Negative

Narrative Title: Record of Deportable/Excludable Alien
Narrative Created by JIMENEZ

Subject attempted to enter the United States via B&M bridge presenting a Cuban Birth Certificate and Identification Card. Subject was referred to CBP secondary for further inspection.

In CBP secondary subject freely admitted to being a citizen of Cuba who was seeking

Alien has been advised of communication privileges. 4-25-05 (Date/Initials)

VILMA JIMENEZ
CBP OFFICER
(Signature and Title of INS Official)

Distribution:

Received: (Subject and Documents) (Report of Interview)
Officer: VILMA JIMENEZ
on: April 25, 2005

Disposition: Expedited Removal with Credible Fear

Examining Officer: EUGENIO GOMEZ

| U.S. Department of Justice Immigration and Naturalization Service | | Continuation age for Form I-213 |
|---|---|---|
| Alien's Name<br>ABREU GOMEZ, Fatima Aliet | File Number<br>Case No: HHM0504000050<br>A098 716 947 | Date<br>04/25/2005 |

political asylum. Subject was advised of her rights via Form I-214. Subject was also presented with Form M-444 and a list of free legal services prior to commencement of processing. Subject declined the right to speak with a representative of the Cuban Special Interest Section in the United States. Subject expressed fear of being returned to Cuba. Subject is inadmissible under Section 212(a)(7)(A)(i)(I) of the INA.

Subject processed for expedited removal and sent to PISPC to await a Credible Fear interview.

Funds on person:   US$ 120.00
                   MX$ 0.00
                   Cuba $0.00

IO95 Completed

IOIL #20052301001679

| Signature<br>VILMA JIMENEZ | Title<br>CBP OFFICER |
|---|---|

2 of 2 Pages

Form I-831 Continuation Page (Rev. 6/12/92)