# **EXHIBIT B**

Case 1:05-cv-01508-EGS     Document 9-3     Filed 09/09/2005     Page 1 of 3



U.S. Department of Justice

Immigration and Naturalization Service

## Notice and Order of Expedited Removal

### DETERMINATION OF INADMISSIBILITY

File No: A098 716 947

Date: April 25, 2005

In the Matter of: **FATIMA A. ABREU GOMEZ**

Pursuant to section 235(b)(1) of the Immigration and Nationality Act (Act), (8 U.S.C. 1225(b)(1)) the Immigration and Naturalization Service has determined that you are inadmissible to the United States under section(s) 212(a) ☐ (6)(C)(i); ☐ (6)(C)(ii); ☒ (7)(A)(i)(I); ☐ (7)(A)(i)(II); ☐ (7)(B)(i)(I); and/or ☐ (7)(B)(i)(II) of the Act, as amended, and therefore are subject to removal, in that:

1) You are ineligible for admission to the United States because:

At the time of your application for admission to the United States you were not in possession of a valid unexpired immigrant visa, reentry permit, border crossing card, or other valid entry document required by the Immigration and Nationality Act, and/or

At the time of your application for admission, you were not in possession of a valid unexpired passport, or other suitable travel document, or document of identity and nationality.

V. JIMENEZ, CBPO
Name and title of immigration officer (Print)

Signature of immigration officer

### ORDER OF REMOVAL
### UNDER SECTION 235(b)(1) OF THE ACT

Based upon the determination set forth above and evidence presented during inspection or examination pursuant to section 235 of the Act, and by the authority contained in section 235(b)(1) of the Act, you are found to be inadmissible as charged and ordered removed from the United States.

Name and title of immigration officer (Print)
CHRISTOPHER VU, AO

RICHARD RHODIE, SAPSO
Name and title of supervisor (Print)

Signature of immigration officer

Signature of supervisor, if available

☐ Check here if supervisory concurrence was obtained by telephone or other means (no supervisor on duty).

### CERTIFICATE OF SERVICE

I personally served the original of this notice upon the above-named person on 05/20/05
(Date)

J. LUNA
Signature of immigration officer

U.S. Department of Justice
Immigration and Naturalization Service

## Notice to Alien Ordered Removed/Departure Verification

File No: 098716547

Date: 04/25/2005

Alien's full name: Fatima Aliet ABREU GOMEZ

You have been found to be inadmissible to the United States under the provisions of section 212(a) of the Immigration and Nationality Act (Act) or deportable under the provisions of section 237 of the Act as a Visa Waiver Pilot Program violator. In accordance with the provisions of section 212(a)(9) of the Act, you are prohibited from entering, attempting to enter, or being in the United States

- [x] for a period of 5 years from the date of your departure from the United States as a consequence of your having been found inadmissible as an arriving alien in proceedings under section 235(b)(1) or 240 of the Act.

- [ ] for a period of 10 years from the date of your departure from the United States as a consequence of your having been ordered removed in proceedings under any section of the Act other than section 235(b)(1) or 240, or of your having been ordered excluded under section 236 of the Act in proceedings commenced prior to April 1, 1997.

- [ ] for a period of 20 years from the date of your departure from the United States as a consequence of your having been found inadmissible and of your having been previously excluded, deported, or removed from the United States.

- [ ] at any time because in addition to having been found inadmissible, you have been convicted of a crime designated as an aggravated felony.

After your deportation or removal has been effected, if you desire to reenter the United States within the period during which you are barred, you must request and obtain permission from the Attorney General to reapply for admission to the United States. You must obtain such permission before commencing your travel to the United States. Application forms for requesting such permission may be obtained by contacting any United States Consulate or office of the United States Immigration and Naturalization Service.

**WARNING:** Title 8 United States Code, Section 1326 provides that it is a crime for an alien who has been removed from the United States to enter, attempt to enter, or be found in the United States without the Attorney General's express consent. Any alien who violates this section of law is subject to prosecution for a felony. Depending on the circumstances of the removal, conviction could result in a sentence of imprisonment for a period of from 2 to 20 years and/or a fine of up to $250,000.

| JIMENEZ, Vilma | CBP OFFICER | BBM |
|---|---|---|
| (Signature of officer serving warning) | (Title of officer) | (Location of INS office) |

### Verification of Removal
(Complete this section for file copy only)

| Departure date | Port of departure | Manner of departure |
|---|---|---|
| Signature of verifying officer | | Title of Officer |

Photograph of alien removed

Right index fingerprint of alien removed

(Signature of alien whose fingerprint and photograph appear above)

(Signature of official taking fingerprint)

Form I-296 (6-1-97)N