# **EXHIBIT C**

U.S. Department of Justice
Immigration and Naturalization Service

**Record of Negative Credible Fear Finding
and Request for Review by Immigration Judge**

Alien File Number  98 716 947

1. **To be explained to the alien by the asylum officer:**

The INS has determined that you do not have a credible fear of persecution or torture pursuant to 8 CFR 208.30 for the following reason(s):

A. You have not established a credible fear of return to your country of nationality or country of last residence because:

☐ You have not indicated that you were harmed in the past and you have not expressed fear of future harm.

☐ There is no significant possibility that you could establish in an asylum hearing that the harm you experienced and/or the harm you fear is on account of one or more of the five grounds for asylum (race, religion, nationality, political opinion, or social group).

☒ You have not indicated that you were harmed in the past, and there is no significant possibility that you could establish in an asylum hearing that the harm you fear is well founded.

**AND**

☒ You have not expressed a fear that you would be intentionally subjected to serious physical or mental harm in a country to which you may be removed.

☐ There is no significant possibility you could establish that the harm you fear would be inflicted by, or at the instigation of, or with the consent or acquiescence of, a government official or other person acting in an official capacity.

B. There is no significant possibility that your claim is credible because your testimony was inconsistent or lacked detail on material issues. When you were given an opportunity to explain you were unable to give a reasonable explanation about the following issues:

☐ Your testimony was internally inconsistent on material issues.
☐ Your testimony was not consistent with country conditions on material issues.
☐ Your testimony lacked reasonably sufficient detail on material issues.

Therefore, you are ordered removed from the United States. You may request that an Immigration Judge review this decision.

If you request that an Immigration Judge review this decision, you will remain in detention until an Immigration Judge reviews your case. That review could occur as long as 7 days after you receive this decision.

If you do not request that an Immigration Judge review the decision, you may be removed from the United States immediately.

2. **To be completed by the alien:**

☒ Yes, I request Immigration Judge review of the decision that I do not have a credible fear of persecution or torture.
☐ No, I do not request Immigration Judge review of the decision that I do not have a credible fear of persecution or torture.

ABREU GOMEZ / Applicant's Last Name/ Family Name (Print)   FATIMA / Applicant's First Name (Print)   Refused to sign / Applicant's Signature   5-9-05

Lubbad / Asylum Officer's Last Name (Print)   ALI / Asylum Officer's First Name (Print)   05/09/05 / Date

The contents of this form were read and explained to the applicant in the  SPANISH  language.

Interpreter used:
By telephone (list interpreter service /ID number used   LSA #200323

In person (I, _____, certify that I am fluent in both the _____ and English languages; I interpreted the above information completely and accurately to the alien.)

_____ / _____
Interpreter's Signature       Date

Form I-869 (Rev. 3/22/99)N

| U. S. Department of Justice | Notice of Referral to Immigration Judge |
| --- | --- |
| Immigration and Naturalization Service | |

| | |
| --- | --- |
| | Date: 05/02/2005 |
| | A-File: 98 716 947 |
| Name: Fatima A. Abreu Gomez | Country of Citizenship: Spain/Cuba |
| Place and Manner of Arrival: Brownsville, TX. /Afoot | Date of Arrival: 04/25/2005 |

To Immigration Judge:

☒ 1. The above-named alien has been found inadmissible to the United States and ordered removed pursuant to section 235(b)(1) of the Immigration and Nationality Act (Act). A copy of the removal order is attached. The alien has requested asylum and/or protection under the Convention against Torture and the matter has been reviewed by an asylum officer who has concluded the alien does not have a credible fear of persecution or torture. The alien has requested a review of that determination in accordance with section 235(b)(1)(B)(iii)(III) of the Act and 8 CFR § 208.30(g).

☐ 2. The above-named alien arrived in the United States as a stowaway and has been ordered removed pursuant to section 235(a)(2) of the Act. The alien has requested asylum and/or withholding of removal under the Convention against Torture and the matter has been reviewed by an asylum officer who has concluded the alien does not have a credible fear of persecution or torture. The alien has requested a review of that determination in accordance with section 235(b)(1)(B)(iii)(III) of the Act.

☐ 3. The above-named alien arrived in the United States in the manner described below and has requested asylum and/or withholding of removal under the Convention against Torture. The matter is referred for a determination in accordance with 8 CFR 208.2(c). Arrival category (check one):

☐ Crewmember/applicant   ☐ Crewmember/refused   ☐ Crewmember/landed
☐ Crewmember/violator    ☐ VWP/applicant         ☐ VWP/violator
☐ 235(c) order           ☐ S-visa nonimmigrant   ☐ Stowaway: credible fear determination attached

☐ 4. The above-named alien has been ordered removed by an immigration officer pursuant to section 235(b)(1) of the Act. A copy of the removal order is attached. In accordance with section 235(b)(1)(C) of the Act, the matter is referred for review of that order. The above-named alien claims to be (check one):

☐ a United States citizen                                   ☐ a lawful permanent resident alien
☐ an alien granted refugee status under section 207 of the Act   ☐ an alien granted asylum under section 208 of the Act

☐ 5. The above-named alien has been ordered removed pursuant to section 238(b) of the Act, or the Immigration and Naturalization Service (INS) has reinstated a prior exclusion, deportation, or removal order of the above-named alien pursuant to section 241(a)(5) of the Act. A copy of the removal order and, if applicable, the notice of reinstatement, are attached. The alien has expressed fear of persecution or torture and the claim has been reviewed by an asylum officer who has concluded the alien does not have a reasonable fear of persecution or torture. The alien has requested a review of that determination in accordance with 8 CFR §§ 208.31(f) and (g).

☐ 6. The above-named alien has been ordered removed pursuant to section 238(b) of the Act, or the INS has reinstated a prior exclusion, deportation, or removal order of the above-named alien pursuant to section 241(a)(5) of the Act. A copy of the removal order and, if applicable, the notice of reinstatement, are attached. The alien has expressed fear of persecution or torture and the claim has been reviewed by an asylum officer who has concluded the alien has a reasonable fear of persecution or torture. The matter is referred for a determination in accordance with 8 CFR § 208.31(e).

☐ 7. The Commissioner of the INS has determined that the release from custody of the above-named alien who is under a final order of removal would pose a special danger to the public according to the standards set in 8 CFR § 241.14(f)(1). The INS has therefore invoked procedures to continue the alien's detention even though there is no significant likelihood that the alien will be removed from the United States in the reasonably foreseeable future. The matter is referred to the immigration judge for a review of this determination in accordance with 8 CFR § 241.14(g).

Page 1 of 2