# **EXHIBIT D**

IMMIGRATION COURT
RT 3 BOX 341 BUENA VISTA DR
LOS FRESNOS, TX 78566

In the Matter of:                           Case No: A98-716-947

ABREU-GOMEZ, FATIMA A.
                                            IN: CREDIBLE FEAR REVIEW PROCEEDINGS
_____
        Respondent

ORDER OF THE IMMIGRATION JUDGE

On May 16, 2005 a review of the INS Credible Fear Determination was held in the matter noted above. Testimony [✓] was [ ] was not taken regarding the background of the Applicant and the Applicant's fear of returning to his/her country of origin or last habitual residence.

After consideration of the evidence, the Court finds that the Applicant [ ] has [✓] has not established a significant possibility that he/she would be persecuted on the basis of his/her race, religion, nationality, membership in a particular social group, or because of his/her political opinion or tortured in Spain.

ORDER: It is hereby ordered that the decision of the immigration officer is:

[✓] Affirmed, and the case is returned to the INS for removal of the alien.

[ ] Vacated.

This is a final order. There is no appeal available.

DONE and ORDERED this 16TH day of May, 2005

                                        _____
                                        HOWARD E. ACHTSAM
                                        Immigration Judge

CERTIFICATE OF SERVICE

THIS DOCUMENT WAS SERVED BY: MAIL (M)    PERSONAL SERVICE (P)
TO: [✓] ALIEN [ ] ALIEN c/o Custodial Officer [✓] ALIEN's ATT/REP [✓] INS
DATE: 5/16/05    BY: COURT STAFF _____
    Attachments: [ ] EOIR-33 [ ] EOIR-28 [✓] Legal Services List [ ] Other

GPI