# **EXHIBIT H**

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

U.S. COURT OF APPEALS
FILED
JUL 26 2005
CHARLES R. FULBRUGE III
CLERK

No. 05-60686

FATIMA A ABREU-GOMEZ

Petitioner

v.

ALBERTO R GONZALES, U S ATTORNEY GENERAL

Respondent

Petition for Review of an Order of the
Board of Immigration Appeals

Before SMITH, GARZA, and PRADO, Circuit Judges.
PER CURIAM:

IT IS ORDERED that the petitioner's motion for a preliminary injunction to stay the removal of the petitioner pending review is DENIED.

IT IS FURTHER ORDERED that the respondent's motion to dismiss the petition for review for lack of jurisdiction is GRANTED.

IT IS FURTHER ORDERED that the respondent's alternative motion to extend the time to file the administrative record until 60 days from the Court's denial of the motion to dismiss is DENIED as unnecessary.

E.M.G.   E.C.P.