UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FATIMA A. ABREU-GOMEZ, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>HON. MICHAEL CHERTOFF, *et al.*, )<br>)<br>Respondents. )<br>_____ ) | Case No.: 1:05CV01508<br>Judge: Honorable Emmet G. Sullivan |

### JOINT STIPULATION AND [PROPOSED] ORDER

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto that, upon execution of this Stipulation and Order by the Court:

1. Petitioner, Fatima A. Abreu-Gomez,

    a. Will voluntarily withdraw her application for admission to the United States and will evidence such withdrawal by executing the original Form I-275 (Withdrawal of Application for Admission), a copy of which is attached hereto as Exhibit A;

    b. Consents to vacation of the existing temporary stay of removal entered by the Court in this case on August 1, 2005 and subsequently maintained in place through the present time;

    c. Will voluntarily depart the United States as soon as such departure can be arranged, provided such departure is prior to October 28, 2005;

    d. Authorizes her undersigned counsel to dismiss her pending Petition for a Writ of Habeas Corpus, with each side bearing its own costs of the litigation, immediately upon her departure from the United States, provided such departure is prior to October 28, 2005.

1

2. Respondents, Hon. Michael Chertoff, *et al.*,

   a. Agree to nullify and vacate any removal order entered against Ms. Abreu-Gomez, including the existing expedited removal order arising out of or resulting from her April 25, 2005 arrival at the United States, and to include language confirming that fact in the Form I-275 to be signed by the parties (see Exhibit A attached);

   b. Agree that, upon Petitioner's departure from the United States, she is not and will not be deemed to be inadmissible to the United States based, in whole or in part, on this Stipulation or proceeding, or any removal order, including the one arising out of Petitioner's April 25, 2005 arrival at the United States border, and agree that language reflecting this provision will also be included in the Form I-275 to be signed by the parties (see Exhibit A attached);

   c. Agree that a copy of the final, executed Form I-275 will be provided to Petitioner's counsel and the Court within 3 days of execution of this Stipulation and Order;

   d. Acknowledge that, in order to facilitate her voluntary departure from the United States, Petitioner delivered her Spanish passport and a prepaid, fully refundable ticket out of the United States to Deportation Officer Sylvester M. Ortega of Immigration and Customs Enforcement ("ICE") in the San Antonio District Office on October 20, 2005;

   e. Agree to use their best efforts to facilitate Petitioner's immediate departure from the United States, barring only exceptional circumstances beyond their control;

  f. Agree that Petitioner's ticket out of the United States has been booked for Tuesday, October 25, 2005, and that arrangements have been made for the necessary ICE personnel to escort her to the airport to board her outgoing flight;

3. BOTH PARTIES FURTHER AGREE that the Court will retain jurisdiction over this matter until Petitioner files a Notice confirming her departure from the United States and dismissing her pending Amended Petition for Writ of Habeas Corpus, and that this entire Stipulation will become null and void if for any reason Petitioner has not departed the United States by the time of the hearing in this matter currently scheduled for October 28, 2005.

IT IS SO STIPULATED.

| | |
|---|---|
| Douglas W. Baruch<br>DC Bar No. 414354 | Kenneth L. Wainstein<br>United States Attorney<br>D.C. Bar No. 451058 |
| | Robert D. Okun<br>Assistant United States Attorney<br>Chief, Special Proceedings Section<br>D.C. Bar No. 457078 |
| *[signature]*<br>Karen T. Grisez<br>DC Bar No. 435092<br>Fried, Frank, Harris,<br>Shriver & Jacobson LLP<br>1001 Pennsylvania Ave., N.W., #800<br>Washington, DC 20004<br>(202) 639-7000 (tel)<br>Counsel for Petitioner | *[signature]*<br>Sherri L. Berthrong<br>Assistant United States Attorney<br>Special Proceedings Section<br>D.C. Bar No. 249136<br>555 4th Street, N.W., Room 10-450<br>Washington, DC 20530<br>(202) 514-6948 (tel)<br>Counsel for Respondents |
| Dated: October 24, 2005 | Dated: October 24, 2005 |

~~IT IS SO ORDERED~~

*[signature]*

Honorable Emmet G. Sullivan
United States District Judge

Date: 10/24/05

3

FINS: 16928828                                    Event No: BBM0504000050
U.S. Department of Justice
Immigration and Naturalization Service  **Withdrawal of Application for Admission/Consular Notification**

Basis for Action *(check all that apply)*                    File No. A098 716 947

                                                              Date: 04/25/2005

☒ Application for Admission Withdrawn
☐ Visa/BCC Canceled
☐ VWPP Refusal
☐ Ordered removed (inadmissible) by Immigration Judge -Section 235(b)(2)(order attached)
☐ Ordered removed (inadmissible) by INS - Section 235(b)(1)(order attached)
☐ Waiver revoked (212)(d)(3) (order attached)
☐ Departure required (8 CFR 240.25) (Form I-213 attached)

Notice to: American Consul  Madrid, Spain         From: USINS  BROWNSVILLE-MATAMOR. TX, POE
                  *(Location)*                                *(Location)*

| Name (FAMILY, Given, Middle) |||
|---|---|---|
| ABREU GOMEZ, Fatima Aliet |||
| Citizenship SPAIN /Cuba S/O | Country of birth CUBA | Date of birth 10/09/1971 |
| Complete foreign address (Mailing Address) AVE. 13 #6617 ENTRE 66 Y 68 LA HABANA OTHER - FOR COUNTRIES OTHER THAN US CUBA |||
| Complete U.S. address 8860 SW 43 ST. MIAMI FLORIDA 33165 |||
| Airline/Vessel of arrival | Port of arrival BROWNSVILLE-MATAMOR. TX | Date of arrival 04/25/2005  1126 |
| Visa number, type | Date, place of visa issuance | Social Security Number |

Reasons (Include all pertinent facts concerning denial of application for admission, including use of altered, counterfeit or fraudulent documents):



**Right Index Finger**

Subject attempted to enter the United States via B&M bridge presenting a Cuban Birth Certificate and Identification Card. Subject was referred to CBP secondary for further inspection.

In CBP secondary subject freely admitted to being a citizen of Cuba who was seeking political asylum. Subject was advised of her rights via Form I-214. Subject was also presented with Form M-444 and a list of free legal services prior to commencement of processing. Subject declined the right to speak with a representative of the Cuban Special Interest Section in the United States. Subject expressed fear of being returned to Cuba. Subject is inadmissible under Section 212(a)(7)(A)(i)(I) of the INA.

Subject processed for expedited removal and sent to PISPC to await a Credible Fear ...(CONTINUED ON I-831)

Continue on reverse or attach separate sheet as needed.

SYLVESTER M. ORTEGA              DEPORTATION OFFICER
Name and Title of Office (Print)                 Signature of Officer
                                                 Form I-275 (Rev.04/01/97)N

EXHIBIT A

**U.S. Department of Justice**
Immigration and Naturalization Service

Continuation Page for Form I-275

| Alien's Name | File Number | Date |
|---|---|---|
| ABREU GOMEZ, Fatima Aliet | A098 716 947<br>Event No: BBM0504000050 | October 24, 2005 |

interview.

Houston Asylum Officer finds that subject has no credible fear due to her Spanish citizenship. IJ affirms decision and orders subject deported to Spain, on May 16, 2005. Subject filed Petition for review with BIA which was denied. Subject filed Habeas with federal district court. As agreed to by alien's counsel and DHS: the subject is being allowed to voluntarily withdraw her application for admission by FOD Moore in San Antonio, Texas. The Expedited Removal will be cancelled and subject allowed to depart the United States. As per the stipulation"...upon Petitioner's departure from the United States, Petitioner is not and will not be deemed to be inadmissible to the United States based, in whole or in part, on this Stipulation or proceeding, or any removal order, including the one arising out of Petitioner's April 25, 2005 arrival at the United States border."

Signature: SYLVESTER M. ORTEGA

Title: DEPORTATION OFFICER

3 of 3 Pages

Form I-831 Continuation Page (Rev. 6/12/92)

## TO BE COMPLETED BY ALIEN WHEN APPLICATION FOR ADMISSION WITHDRAWN

I understand that my admissibility is questioned for the above reasons., which I have read or which have been read to me in the ____Spanish____ language. I request that I be permitted to withdraw my application for admission and return abroad. I understand that my voluntary withdrawal of my application for admission is in lieu of a formal determination concerning my admissibility:

☒ by an immigration officer          ☐ in removal proceedings before an immigration judge

_____                              _____
Date                                                  Signature of alien

## INSTRUCTIONS

For withdrawal procedures, see Inspections Field Manual Chapters 17.2 and 17.15. Aliens who appear inadmissible pursuant to section 235(b)(2) of the INA who elect to withdraw application for admission may choose at any time to appear before an immigration judge for a hearing in removal proceedings. Aliens who appear inadmissible pursuant to section 235(b)(1) or inadmissible pursuant to 8 CFR 217.4 are not entitled to a hearing before an immigration judge.

If a visa is canceled pursuant to 22 CFR 41.112 or a consular-issued Border Crossing Card is voided under authority of 22 CFR 41.22 or 8 CFR 212.6., forward original of I-275 to consular post which issued the canceled or voided document.

ATTACH:   Any lifted document
          Relating form I-213 or I-862 (Notice to Appear)
          Relating removal or waiver revocation order
          Any relating memorandum report or sworn statement

Form I-275 (Rev 4-01-97)N