UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FATIMA A. ABREU-GOMEZ, )
)
Petitioner, )
) Case No.: 1:05CV01508
v. ) Judge: Honorable Emmet G. Sullivan
)
HON. MICHAEL CHERTOFF, *et al.*, )
)
Respondents. )

## ORDER LIFTING TEMPORARY STAY OF REMOVAL

Pursuant to the Joint Stipulation in the above-captioned matter filed by the parties providing that:

1) the Department of Homeland Security will vacate the expedited removal order previously entered against Petitioner Fatima Abreu-Gomez under section 235 of the Immigration and Nationality Act;

2) the Department of Homeland Security will permit Petitioner to withdraw her application for admission to the United States; and that

3) the Department of Homeland Security will facilitate Petitioner's voluntary departure from the United States on October 25, 2005, but in no event later than October 27, 2005; it is hereby

ORDERED, that the temporary stay of removal entered in this case on August 1, 2005 and continued in force until the present be, and it hereby is lifted, in order to facilitate the execution of the above-referenced agreement reached by the parties.

Date: 10/24/05

Honorable Emmet G. Sullivan
United States District Judge

1