UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FATIMA A. ABREU-GOMEZ, ) | |
| ) | |
| Petitioner, ) | |
| ) | Case No.: 1:05CV01508 |
| v. ) | Judge: Honorable Emmet G. Sullivan |
| ) | |
| HON. MICHAEL CHERTOFF, *et al.*, ) | |
| ) | |
| Respondents. ) | |

## PETITIONER'S NOTICE OF DISMISSAL

Pursuant to the terms and conditions of the Joint Stipulation and Order entered in this matter on October 24, 2005, and in particular Paragraph 1(d) thereof, Petitioner hereby notifies this Court that Petitioner departed the United States on October 25, 2005 and Notices the Dismissal of her Amended Petition for a Writ of Habeas Corpus.

Petitioner further requests that the previously scheduled October 28, 2005 hearing in this matter be removed from the calendar as moot.

Date: October 27, 2005                                   Respectfully submitted,

/s/ Douglas W. Baruch
Douglas W. Baruch
DC Bar No. 414354
/s/ Karen T. Grisez
DC Bar No. 435092
Fried Frank Harris Shriver & Jacobson LLP
1001 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20004
(202) 639-7000 (tel)
(202) 639-7003 (fax)

1

Of Counsel:

EDUARDO SOTO, P.A.
RENEÉ SOTO
999 Ponce de Leon Blvd.
Suite 940
Coral Gables, Florida  33134
Tel. (305) 446-8686
Fax (305) 529-0445

Attorneys for Petitioner